

UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

FEB 1 0 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **4:21CR96 AGF/SPM** |
| CORY CLASEN, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

**[18 U.S.C. § 472 & 2: Passing Counterfeit Currency]**

On or about February 11, 2020, in St. Louis County, within the Eastern District of Missouri,

**CORY CLASEN,**

the defendant herein, did pass to H.R., a falsely made, forged and counterfeited obligation of the United States, that is a Federal Reserve Note in the denomination of twenty dollars, Serial Number MK43572538F, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

### COUNT II
**[18 U.S.C. § 472 & 2: Passing Counterfeit Currency]**

On or about November 19, 2019, in St. Louis County, within the Eastern District of Missouri,

**CORY CLASEN,**

the defendant herein, did pass to M.N, a falsely made, forged and counterfeited obligation of the

United States, that is a Federal Reserve Note in the denomination of twenty dollars, Serial Number NL72589735B, which he then knew to be falsely made, forged and counterfeited.

In violation of Title 18, United States Code, Sections 472 and 2.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER J. ROY #47203MO
Assistant United States Attorney